# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-776**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
July 01, 2025

## Title

       **Title of Work:** Mexican Sugar Skulls

## Completion/Publication

     **Year of Completion:** 2012
  **Date of 1st Publication:** October 15, 2012
**Nation of 1st Publication:** United States

## Author

-           **Author:** Lusy Elizabeth Mary Koror, dba colourmekoror
    **Author Created:** 2-D artwork
        **Citizen of:** United Kingdom

## Copyright Claimant

  **Copyright Claimant:** Lusy Elizabeth Mary Koror, dba colourmekoror
                           6 Rochester Court, Rochester Avenue, Canterbury, CT1 3YF, United Kingdom

## Rights and Permissions

       **Name:** Lusy Elizabeth Mary Koror
       **Email:** lusy.koror@gmail.com
    **Address:** 6 Rochester Court, Rochester Avenue
                 Canterbury CT1 3YF United Kingdom

## Certification

                    **Name:** David Denholm
                    **Date:** June 25, 2025
**Applicant's Tracking Number:** LK2025062501



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-784**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Peacock Colour

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lusy Elizabeth Mary Koror, dba colourmekoror
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Lusy Elizabeth Mary Koror, dba colourmekoror
6 Rochester Court, Rochester Avenue, Canterbury, CT1 3YF, United Kingdom

## Rights and Permissions

**Name:** Lusy Elizabeth Mary Koror
**Email:** lusy.koror@gmail.com
**Address:** 6 Rochester Court, Rochester Avenue
Canterbury CT1 3YF United Kingdom

## Certification

**Name:** David Denholm
**Date:** June 25, 2025
**Applicant's Tracking Number:** LK2025062502

