# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALEY DEVON HICKS, | Civil Action No. |
| Plaintiff, | 26-cv-00281 |
| v. | (Judge Hornak) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 2 | WANZZXCSL Clothing Store |
| 3 | meisly |
| 4 | UOFOCO UP TO 50% OFF! |
| 5 | rizhaotengxiangfangzhiyouxiangongsi |
| 6 | Yiiciovy-Fashion |
| 9 | PETYCZEN Prime Day 2025 |
| 10 | SGASY |
| 17 | GaiChengCom |
| 18 | YUHAOSTORE |
| 19 | MMYAJT |
| 28 | XUETON |
| 29 | CRNTCEM |
| 30 | CHARTOU |
| 31 | FANCY BEAUTY |
| 32 | Itemnew |
| 39 | JEKE-DG✈Delivery cycle is 14-28 days✈ |
| 40 | Fengqin Trading Co., LTD |

| | |
|---|---|
| 42 | AnXinMercure |
| 44 | OIOLOYJM Fashion Clothing Store ➤6-12 Days |
| 47 | TBRM ZKJ |
| 49 | Kind Depot |
| 50 | ZENYO HOME |
| 84 | Custom throw |
| 87 | Gold mens shirts |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 1, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff